## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES ON AT&T CELL PHONE NUMBER (603) 273-7105** | **Misc. No. 1:21-mc-6-AJ**<br><br>**Filed Under Seal – Level II**<br>**Pursuant to Local Rule 83.12(a)(2) and**<br>**18 U.S.C. 3123** |

### MOTION TO EXTEND SEAL AT LEVEL II: ENITRE MATTER RELATED TO APPLICATION FOR INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICES

In the above captioned case, the United States of America respectfully moves to extend seal at Level II on the entire matter related to the Application for Installation and Use of a Pen Register and Trap and Trace Devices, including the applications, any orders that may issue, the resulting returns, this motion, and the corresponding docket text entries until **October 19, 2024**.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation and endanger a witness. Specifically, the application contains information identifying other targets of the investigation. Investigators believe that those targets are unaware that they are considered suspects or are unaware of the incriminating evidence investigators have gathered against them. Should information identifying those targets and the evidence against them be released, it may cause them to flee, destroy evidence, or change their patterns of behavior.

Case 1:21-mc-00006-AJ   Document 7   Filed 04/15/24   Page 2 of 2

Motion To Extend Seal on Entire Matter Related to Application for
Installation and Use of a Pen Register and Trap and Trace Devices
Page 2 of 2

This motion is not intended to preclude the executing officer from serving a copy of the application and a receipt for any property seized as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: April 15, 2024          By: /s/ Jennifer C. Davis
                                   Jennifer C. Davis
                                   Assistant United States Attorney